# Third District Court of Appeal

## State of Florida

Opinion filed February 20, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-2621
Lower Tribunal No. 16-20205
_____

**Jerartis D. Icon,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Jerartis D. Icon, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and LOGUE and SCALES, JJ.

PER CURIAM.

Jerartis D. Icon appeals the trial court's order summarily denying his motion for additional credit time served, filed pursuant to Florida Rule of Criminal Procedure 3.801. Even if (as Icon asserts) the three-year prison sentence imposed in the instant case was ordered to run concurrently with a prison sentence previously and separately imposed in the circuit court for Palm Beach County,[1] this would not entitle him to receive any additional credit for county jail time served in the instant case. Icon was awarded a total of 577 days of jail credit, and has failed to allege or establish an entitlement to any additional jail credit. See, e.g., Brito v. State, 194 So. 3d 522 (Fla. 3d DCA 2016); James v. State, 721 So. 2d 1265 (Fla. 3d DCA 1998); Keene v. State, 500 So. 2d 592 (Fla. 2d DCA 1986).

Affirmed.

---

[1] The record on appeal, including the judgment, sentence and sentencing guideline scoresheet, fails to reflect that the sentence imposed in the instant case was to run concurrently with any other sentence. Further, Icon failed to provide a transcript of the plea and sentencing hearing in this case.